IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01509-EWN-CBS

WARDALE CARLIS,

    Plaintiff

v.

THE CITY AND COUNTY OF DENVER,

    Defendant.

## ORDER

The Court, having reviewed Plaintiff's Motion for Extension of Time for Responding to the Defendant's Interrogatories, Requests for Production and Requests for Admissions (filed January 17, 2006 (*doc. no. 15*) hereby **ORDERS** a response to the instant motion to be filed no later than **January 30, 2006**.

DATED at Denver, Colorado, this 23rd day of January, 2006.

                                        BY THE COURT:

                                        *s/Craig B. Shaffer*
                                        Craig B. Shaffer
                                        United States Magistrate Judge